# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS OMAR COLON-ROQUE,** | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:CV-18-0730 |
| v. | : |
| | : (Judge Mannion) |
| **MELISSA HAINSWORTH, et al.,** | : |
| Respondents | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 25, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0730-01-order.wpd